# Court of Appeals
# of the State of Georgia

ATLANTA, January 06, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0521.  ANJELICA PALMER et al v. MID-AMERICA APARTMENT COMMUNITIES, INC.**

This case was docketed by this Court on October 24, 2022. The Appellant's brief and enumeration of errors were due on November 14, 2022. As of the date of this order, the Appellants still have not filed a brief and enumeration of errors. The filing is 52 days late. Accordingly, this appeal is hereby deemed abandoned and DISMISSED pursuant to Court of Appeals Rule 23 (a). See also Court of Appeals Rule 13.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 01/06/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*